# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL B. WILLIAMS,

        Plaintiff,   :   Case No. 3:11-cv-128

- vs -   :   District Judge Walter Herbert Rice
      Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER AWARDING ATTORNEY FEES

The Agreed Petition to an Award of Attorney Fees (Doc. No. 16) filed December 21, 2012, is GRANTED.

It is hereby ORDERED that Plaintiff be awarded Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,374.00.

December 26, 2012.

                                                      Walter Herbert Rice
                                                      United States District Judge